# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2153

_____

|  |  |  |
|---|---|---|
| Bear Den Enterprises; DRW PA, Inc.; | * | |
| David R. Williams; Nina S. Williams, | * | |
| | * | |
| Appellants. | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| United States of America; Internal | * | |
| Revenue Service, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: February 5, 2001

Filed: February 9, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Bear Den Enterprises and DRW PA, Inc., appeal from the district court's[1] denial of their Federal Rule of Civil Procedure 60(b) motion. Finding no abuse of discretion in that ruling, see Sanders v. Clemco Indus., 862 F.2d 161, 169 (8th Cir. 1988), we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.